AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**OFFENSE CHARGED**

18 U.S.C. 18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery (Three Counts); 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
25 years imprisonment; $250,000 fine; 5 years supervised release and $100 special assessment

**DEFENDANT - U.S.**

TY WESLEY RYAN

DISTRICT COURT NUMBER
CR08-0340 SBA

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): WADE M. RHYNE, AUSA

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**




E-filing

UNITED STATES OF AMERICA,

V.

TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan),

CR08-0340 SBA

DEFENDANT.

## INDICTMENT

18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery (Three Counts); 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

A true bill.

[signature] Foreman

Filed in open court this 21 day of MAY 2008

Clerk

Bail, $ No bail arrest warrant.

Wayne D. Brazil 5/21/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan),<br>Defendant. | Criminal No.: CR08-0340SBA<br><br>VIOLATIONS: 18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery (Three Counts); 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery)

1. On or about February 14, 2008, in the Northern District of California, the defendant,

TY WESLEY RYAN
(a/k/a Ty Wesley Tyan, a/k/a Ty Ryan),

did knowingly and by force and violence, and by intimidation, take from the person and presence of employees of Washington Mutual, 3449 Castro Valley Boulevard, Castro Valley, California,

approximately $3,047 in money belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation.

2. In committing the offense charged in paragraph one above, the defendant assaulted and put in jeopardy the life of another person by use of a dangerous weapon, namely, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT TWO: (18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery)

3. On or about February 19, 2008, in the Northern District of California, the defendant,

TY WESLEY RYAN
(a/k/a Ty Wesley Tyan, a/k/a Ty Ryan),

did knowingly and by force and violence, and by intimidation, take from the person and presence of employees of Citibank, 7889 Dublin Boulevard, Dublin, California, approximately $1,563 in money belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation.

4. In committing the offense charged in paragraph three above, the defendant assaulted and put in jeopardy the life of another person by use of a dangerous weapon, namely, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT THREE: (18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery)

5. On or about February 20, 2008, in the Northern District of California, the defendant,

TY WESLEY RYAN
(a/k/a Ty Wesley Tyan, a/k/a Ty Ryan),

did knowingly and by force and violence, and by intimidation, take from the person and presence of employees of Citibank, 1526 Webster Street, Alameda, California, approximately $8,660 in money belonging to and in the care, custody, control, management, and possession of that bank,

the funds of which were then insured by the Federal Deposit Insurance Corporation.

6. In committing the offense charged in paragraph five above, the defendant assaulted and put in jeopardy the life of another person by use of a dangerous weapon, namely, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT FOUR: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

7. On or about March 14, 2008, in the Northern District of California, the defendant,

TY WESLEY RYAN
(a/k/a Ty Wesley Tyan, a/k/a Ty Ryan),

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Rohm, Model RG10, .22 caliber revolver pistol, serial number 286426, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

DATED: May 21, 2008

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: AUSA WADE M. RHYNE)