1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3639
7      Facsimile:  (510) 637-3724
       E-Mail:     wade.rhyne@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                           OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,              )  No. CR-08-0340 SBA
                                            )
14 |       Plaintiff,                       )
                                            )
15 |   v.                                   )  PETITION FOR AND WRIT OF HABEAS
                                            )  CORPUS AD PROSEQUENDUM
16 | TY WESLEY RYAN (a/k/a Ty Wesley        )
   | Tyan, a/k/a Ty Ryan),                  )
17 |                                        )
                                            )
18 |       Defendant.                       )
                                            )
19                                          )

20      TO:    The Honorable Edward M. Chen, United States Magistrate Judge of the United
21             States District Court for the Northern District of California:
22
23      Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court
24 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, TY WESLEY
25 RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan), whose place of custody and jailor are set forth in
26 the requested Writ, attached hereto.  The prisoner is required as the defendant in the above-
27 ///
28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0340 SBA

1 | entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as
2 | presented.
3 |
4 | Dated: May 22, 2008                    Respectfully submitted,
5 |                                         JOSEPH P. RUSSONIELLO
                                            United States Attorney
6 |
7 |                                         /s/ WMR
8 |                                         _____
                                            WADE M. RHYNE
                                            Assistant United States Attorney
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0340 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan),<br><br>    Defendant. | No. CR-08-340 SBA<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan), before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Tuesday, June 17, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED:_____                    _____
                                                            HON. EDWARD M. CHEN
                                                            United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Tuesday, June 17, 2008, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan) (PFN AOV301), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that TY WESLEY RYAN may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Edward M. Chen, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
    DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0305 SBA