JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3639
   Facsimile: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> TY WESLEY RYAN (a/k/a Ty Wesley ) <br> Tyan, a/k/a Ty Ryan), ) <br> ) <br>     Defendant. ) <br> ) | No. CR-08-0340 SBA <br><br> PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: The Honorable Nandor J. Vadas, United States Magistrate Judge of the United

States District Court for the Northern District of California:

Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan), whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-

///

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0340 SBA

1 entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as
2 presented.

4 Dated: June 20, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /s/ WMR

                                          _____
                                          WADE M. RHYNE
                                          Assistant United States Attorney

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                                  OAKLAND DIVISION
11  UNITED STATES OF AMERICA,        )    No. CR-08-340 SBA
                                     )
12      Plaintiff,                   )
                                     )    [PROPOSED] ORDER GRANTING
13      v.                           )    PETITION FOR AND WRIT OF HABEAS
                                     )    CORPUS AD PROSEQUENDUM
14  TY WESLEY RYAN (a/k/a Ty Wesley  )
    Tyan, a/k/a Ty Ryan),            )
15                                   )
                                     )
16      Defendant.                   )
                                     )
17                                   )
    _____)
18

19      Upon motion of the United States of America, and good cause appearing therefore,

20      IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

21  Habeas Corpus Ad Prosequendum requiring the production of defendant TY WESLEY RYAN

22  (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan), before the Hon. Saundra Brown Armstrong, at 9:00 a.m.

23  on Tuesday, July 8, 2008 or as soon thereafter as may be practicable, is granted, and the Writ

24  shall be issued as presented.

25

26  DATED:_____        _____
                                   HON. NANDOR J. VADAS
27                                 United States Magistrate Judge

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0340 SBA

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

<u>GREETINGS</u>

WE COMMAND that on Tuesday, July 8, 2008, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan) (PFN AOV301), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Saundra Brown Armstrong, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that TY WESLEY RYAN may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Edward M. Chen, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

                                         CLERK, UNITED STATES DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA

                        By: _____
                              DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0305 SBA