JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TY WESLEY RYAN (a/k/a Ty Wesley ) <br> Tyan, a/k/a Ty Ryan), ) <br> ) <br> Defendant. ) <br> ) | No. CR-08-0340 SBA <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 2, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: September 2, 2008 <br> Time: 9:00 a.m. <br> Court: Hon. Saundra B. Armstrong |

     The above-captioned matter is currently set on July 8, 2008 before this Court for a status conference. The parties request that this Court continue the hearing to September 2, 2008 at 9:00 a.m. and that the Court continue to exclude time under the Speedy Trial Act between July 8, 2008 and September 2, 2008.

     On June 20, 2008, United States Magistrate Judge Nandor J. Vadas granted the United States' Motion for Writ of Habeas Corpus Ad Prosequendum as to the defendant and ordered the United States Marshal and the Sheriff for Alameda County to bring the defendant before this Court for the July 8, 2008 status conference. However, between June 20, 2008 and the date of this stipulated request, the defendant was moved from the custody of Alameda County to the

STIP. AND [PROPOSED] ORDER TO CONTINUE HEARING TO SEPTEMBER 2, 2008 AND TO EXCLUDE TIME
No. CR-08-0340 SBA

custody of the California Department of Corrections and Rehabilitation ("CDCR") to begin serving a state imposed sentence on a separate charge. Accordingly, the defendant's presence cannot be obtained with due diligence for the July 8, 2008 status conference. The parties will now file an Amended Petition for Writ of Habeas Corpus Ad Prosequendum with the United States Magistrate Judge directing the CDCR to produce the defendant at a later date, as directed by this Court.

For this reason, the parties stipulate and request that the Court continue to exclude time between July 8, 2008 and September 2, 2008 under the Speedy Trial Act due to the absence and unavailability of the defendant, pursuant to 18 U.S.C. § 3161(h)(3)(A).

DATED: July 8, 2008

_____
WADE M. RHYNE
Assistant United States Attorney
Counsel for United States

_____
NED SMOCK
Counsel for Ty Wesley Ryan

STIP. AND [PROPOSED] ORDER TO CONTINUE HEARING TO SEPTEMBER 2, 2008 AND TO EXCLUDE TIME
No. CR-08-0340 SBA

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0340 SBA |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING REQUEST TO CONTINUE HEARING |
| v. | ) ) | DATE TO SEPTEMBER 2, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY |
| TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan), | ) ) | TRIAL ACT |
| Defendant. | ) ) ) | Date:    September 2, 2008<br>Time:   9:00 a.m.<br>Court:   Hon. Saundra B. Armstrong |

    The parties jointly requested that the hearing in this matter be continued from July 8, 2008 to September 2, 2008, and that time be excluded under the Speedy Trial Act between July 8, 2008 and September 2, 2008 to allow for the defendant's presence as set forth in the parties' stipulated request. For these stated reasons and good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(3)(A),

///
///
///
///
///

STIP. AND [PROPOSED] ORDER TO CONTINUE HEARING TO SEPTEMBER 2, 2008 AND TO EXCLUDE TIME
No. CR-08-0340 SBA

**IT IS HEREBY ORDERED** that this matter is set for a status conference on September 2, 2008 at 9:00 a.m., and that time between July 8, 2008 and September 2, 2008 will continue to be excluded under the Speedy Trial Act to allow for the parties to obtain the presence of the defendant with all due diligence.

DATED:_____

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. AND [PROPOSED] ORDER TO CONTINUE HEARING TO SEPTEMBER 2, 2008 AND TO EXCLUDE TIME
No. CR-08-0340 SBA