**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA | NO. CR 08-00340 SBA |
|     Plaintiff,<br>v. | **CLERK'S NOTICE RE DEFICIENCY** |
| TY WESLEY RYAN | |
|     Defendant._____/ | |

Please be advised that on 7/11/08, the incorrect docket event was used by counsel for Plaintiff, regarding docket entry #8, **Joint Motion to Continue Hearing**.

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 7/14/08

*Kelly Collins*
Kelly Collins
(510) 637-3539
Case Systems Administrator