1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3680
7     Facsimile:   (510) 637-3724
      E-Mail:   wade.rhyne@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,         | ) | No. CR-08-0340 SBA
14 |     Plaintiff,                    | ) | JOINT MOTION TO CONTINUE
   |                                   | ) | HEARING DATE TO SEPTEMBER 2,
15 |     v.                            | ) | 2008 AND TO EXCLUDE TIME UNDER
   |                                   | ) | THE SPEEDY TRIAL ACT
16 | TY WESLEY RYAN (a/k/a Ty Wesley   | ) |
   | Tyan, a/k/a Ty Ryan),             | ) | Date:   September 2, 2008
17 |                                   | ) | Time:   9:00 a.m.
   |     Defendant.                    | ) | Court:  Hon. Saundra B. Armstrong
18 |                                   | ) |
19 |_____| ) |

20     The above-captioned matter is currently set on July 8, 2008 before this Court for a status
21 conference. The parties jointly move that this Court continue the hearing to September 2, 2008
22 at 9:00 a.m. and that the Court continue to exclude time under the Speedy Trial Act between the
23 date of this motion and September 2, 2008.
24     On June 20, 2008, United States Magistrate Judge Nandor J. Vadas granted the United
25 States' Motion for Writ of Habeas Corpus Ad Prosequendum as to the defendant and ordered the
26 United States Marshal and the Sheriff for Alameda County to bring the defendant before this
27 Court for the July 8, 2008 status conference. However, between June 20, 2008 and July 8, 2008,
28 unbeknownst to the parties, the defendant was moved from the custody of Alameda County to the

JOINT MOTION AND [PROPOSED] ORDER TO CONTINUE HEARING TO SEPTEMBER 2, 2008 AND TO
EXCLUDE TIME
No. CR-08-0340 SBA

1  custody of the California Department of Corrections and Rehabilitation ("CDCR") to begin
2  serving a state imposed sentence on a separate charge.  Accordingly, the defendant's presence
3  could not be obtained with due diligence for the July 8, 2008 status conference.  The parties will
4  now file an Amended Petition for Writ of Habeas Corpus Ad Prosequendum with the United
5  States Magistrate Judge directing the CDCR to produce the defendant at a later date, as directed
6  by this Court.
7       For this reason, the parties stipulate and request that the Court continue to exclude time
8  between the date of this Court's Order and September 2, 2008 under the Speedy Trial Act due to
9  the absence and unavailability of the defendant, pursuant to 18 U.S.C. § 3161(h)(3)(A).

11  DATED: July 11, 2008

13  [signature: WMRy]
14  _____        _____/s/_____
     WADE M. RHYNE                       NED SMOCK
15  Assistant United States Attorney     Counsel for Ty Wesley Ryan
     Counsel for United States

JOINT MOTION AND [PROPOSED] ORDER TO CONTINUE HEARING TO SEPTEMBER 2, 2008 AND TO
EXCLUDE TIME
No. CR-08-0340 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0340 SBA |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE TO SEPTEMBER 2, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan), | ) ) | |
| Defendant. | ) ) ) | Date:   September 2, 2008<br>Time:   9:00 a.m.<br>Court:  Hon. Saundra B. Armstrong |

The parties jointly requested that the hearing in this matter be continued from July 8, 2008 to September 2, 2008, and that time be excluded under the Speedy Trial Act between the date of their joint motion and September 2, 2008 to allow for the defendant's presence as set forth in the parties' stipulated request. The basis for the parties' joint motion is as follows.

On June 20, 2008, United States Magistrate Judge Nandor J. Vadas granted the United States' Motion for Writ of Habeas Corpus Ad Prosequendum as to the defendant and ordered the United States Marshal and the Sheriff for Alameda County to bring the defendant before this Court for the July 8, 2008 status conference. However, between June 20, 2008 and July 8, 2008, unbeknownst to the parties and the Court, the defendant was moved from the custody of Alameda County to the custody of the California Department of Corrections and Rehabilitation

JOINT MOTION AND [PROPOSED] ORDER TO CONTINUE HEARING TO SEPTEMBER 2, 2008 AND TO EXCLUDE TIME
No. CR-08-0340 SBA

1  ("CDCR") to begin serving a state imposed sentence on a separate charge.  Accordingly, the
2  defendant's presence could not be obtained with due diligence for the July 8, 2008 status
3  conference.  The parties will now file an Amended Petition for Writ of Habeas Corpus Ad
4  Prosequendum with the United States Magistrate Judge directing the CDCR to produce the
5  defendant at a later date, as directed by this Court.  For these stated reasons and good cause
6  appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(3)(A),

7      **IT IS HEREBY ORDERED** that this matter is set for a status conference on September
8  2, 2008 at 9:00 a.m., and that time between July ____, 2008 and September 2, 2008 will be
9  excluded under the Speedy Trial Act to allow for the parties to obtain the presence of the
10 defendant with all due diligence.

12 DATED:_____  
                                               HON. SAUNDRA BROWN ARMSTRONG  
13                                                United States District Judge