1
2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

3
4  UNITED STATES OF AMERICA,                                No. CR-08-0340 SBA

5              Plaintiff,                                   **ORDER**

6        v.                                                 [Docket No. 10]

7  TY WESLEY RYAN (a/k/a TY
   WESLEY TYAN, a/k/a TY RYAN),

8              Defendant.

9

10        On July 11, 2008, the parties filed a Stipulation Joint Motion to Continue Hearing (the

11  Motion") [Docket No. 8], which the Court granted on July 14, 2008, *see* docket No. 11. Due to an

12  error in filing, the Clerk required the parties to re-file the Motion, *see* Docket No. 9, which they did,

13  on July 14, 2008, *see* Docket No. 10. For the same reasons the Court granted the Motion, the Court

14  GRANTS the motion re-filed on July 14, 2008 [Docket No. 10].

15

16        IT IS SO ORDERED.

17
18        July 15, 2008                              _____
                                                     Saundra Brown Armstrong
19                                                   United States District Judge

20
21
22
23
24
25
26
27
28