1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3639
7     Facsimile:  (510) 637-3724
      E-Mail:     wade.rhyne@usdoj.gov
8

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )   No. CR-08-0340 SBA
                                        )
14       Plaintiff,                     )
                                        )
15   v.                                 )   PETITION FOR AND WRIT OF HABEAS
                                        )   CORPUS AD PROSEQUENDUM
16 TY WESLEY RYAN (a/k/a Ty Wesley      )
   Tyan, a/k/a Ty Ryan),                )
17                                      )
                                        )
18       Defendant.                     )
                                        )
19

20       TO:    The Joseph C. Spero, United States Magistrate Judge of the United States District
21              Court for the Northern District of California:

22

23       Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court

24 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, TY WESLEY

25 RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan), whose place of custody and jailor are set forth in

26 the requested Writ, attached hereto.  The prisoner is required as the defendant in the above-

27 ///

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0340 SBA

1  entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as
2  presented.
3
4  Dated: August 28, 2008                    Respectfully submitted,
5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
6
7                                            /s/ WMR
8                                            _____
                                             WADE M. RHYNE
                                             Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0340 SBA

1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10                                     OAKLAND DIVISION
11  UNITED STATES OF AMERICA,            )    No. CR-08-340 SBA
                                         )
12         Plaintiff,                    )
                                         )    [PROPOSED] ORDER GRANTING
13      v.                               )    PETITION FOR AND WRIT OF HABEAS
                                         )    CORPUS AD PROSEQUENDUM
14  TY WESLEY RYAN (a/k/a Ty Wesley      )
    Tyan, a/k/a Ty Ryan),                )
15                                       )
                                         )
16         Defendant.                    )
                                         )
17                                       )
    _____ )
18

19      Upon motion of the United States of America, and good cause appearing therefore,

20      IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

21  Habeas Corpus Ad Prosequendum requiring the production of defendant TY WESLEY RYAN

22  (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan), before the Hon. Saundra B. Armstrong, United States

23  District Court Judge, at 9:00 a.m. on Tuesday, September 2, 2008 or as soon thereafter as may be

24  practicable, is granted, and the Writ shall be issued as presented.

25

26  DATED:_____               _____
                                           HON. JOSEPH C. SPERO
27                                         United States Magistrate Judge

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0340 SBA

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: The Federal Bureau of Investigations and/or any FBI Special Agents; FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies; and ROBERT L. AYERS, JR., Warden for the California Correctional Center – San Quentin, and/or any other California Department of Corrections and Rehabilitation (CDCR) facilities, and/or any authorized CDCR correctional officers or deputies:

GREETINGS

WE COMMAND that on Tuesday, September 2, 2008, at 9:00 a.m., or as soon thereafter as practicable, you have and produce the body of TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan) (PFN AOV301) (CDC No. H09304), in your custody in the above-referenced institution, or any other California Department of Corrections and Rehabilitation institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Saundra B. Armstrong, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that TY WESLEY RYAN may then appear for an appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Joseph C. Spero, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

                              CLERK, UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA

By: _____
      DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0340 SBA