UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan),<br><br>    Defendant. | No. CR-08-340 SBA<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan), before the Hon. Saundra B. Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, September 2, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: 8/29/08

HON. JOSEPH C. SPERO
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0340 SBA

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO: The Federal Bureau of Investigations and/or any FBI Special Agents; FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies; and ROBERT L. AYERS, JR., Warden for the California Correctional Center – San Quentin, and/or any other California Department of Corrections and Rehabilitation (CDCR) facilities, and/or any authorized CDCR correctional officers or deputies:

<u>GREETINGS</u>

WE COMMAND that on Tuesday, September 2, 2008, at 9:00 a.m., or as soon thereafter as practicable, you have and produce the body of TY WESLEY RYAN (a/k/a Ty Wesley Tyan, a/k/a Ty Ryan) (PFN AOV301) (CDC No. H09304), in your custody in the above-referenced institution, or any other California Department of Corrections and Rehabilitation institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Saundra B. Armstrong, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that TY WESLEY RYAN may then appear for an appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Joseph C. Spero, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: ___8/29___, 2008

                                              CLERK, UNITED STATES DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA

By: _____
        DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0340 SBA