**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 9/2/08

CR 08-00340SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

RYAN                              Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

<u>WADE RHYNE</u>                     <u>NED SMOCK</u>
U.S. ATTORNEY                     ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark       <u>RAYNEE MERCADO</u>
                                  Court Reporter

Interpreter                       Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**    STATUS - HELD

**RESULT OF HEARING:**    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 9/30/08

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to    9/30/08    for **Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: