1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, CA 94612
Telephone: (510) 637-3693

7 | Facsimile: (510) 637-3724
E-Mail: wade.rhyne@usdoj.gov

8

9 | Attorneys for Plaintiff

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | OAKLAND DIVISION

14 | UNITED STATES OF AMERICA,          )          No. CR-08-0340 SBA
                                       )
15 |          Plaintiff,               )
                                       )          STIPULATION TO SCHEDULE
16 |     v.                            )          HEARING FOR CHANGE OF PLEA AND
                                       )          SENTENCING;  ORDER EXCLUDING
17 | TY  WESLEY  RYAN  (a/k/a  Ty  Wesley)          TIME
Tyan, a/k/a Ty Ryan),                  )
                                       )
18 |          Defendant.               )
                                       )

19

20 |     Plaintiff, by and through its attorney of record, and defendant, by and through his

21 | attorney of record, hereby stipulate and ask the Court to find as follows:

22 |     1.     The government and defendant have reached a negotiated disposition in which

23 | defendant will plead guilty to a binding plea agreement.

24 |     2.     Accordingly, the parties hereby submit the proposed plea agreement, submitted

25 | under separate cover for the Court's consideration pursuant to Federal Rule of Criminal

26 | Procedure 11(c)(1)(C).  The parties further stipulate and request that the Court find and order the

27 | following:

28 |          (a)     That the parties have submitted a plea agreement for the Court's

1

consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for

change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on January

20, 2009; and

          (b)     That the time period from October 7, 2008, through January 20, 2009, is

excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period

of delay results from consideration by the Court of a proposed plea agreement entered into by the

defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).


        IT IS SO STIPULATED.

                                      Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

Dated: October 6, 2008
                                      WADE M. RHYNE
                                      Assistant United States Attorney

                                      Attorney for Plaintiff
                                      UNITED STATES OF AMERICA


                                        /S/
Dated: October 6, 2008
                                      NED SMOCK
                                      Attorney for Defendant


### ORDER

    FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

    A hearing for change of plea and imposition of judgment and sentence is hereby

scheduled for 10:00 a.m. on January 20, 2009.  Time is excluded for purposes of the Speedy

Trial Act from October 7, 2008, through the hearing date of January 20, 2009, pursuant to 18

U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a

proposed plea agreement entered into by the defendant and the government pursuant to Federal

1    Rule of Criminal Procedure 11(c)(1)(C).  The United States Probation Office is ordered to

2    prepare a Presentence Report for defendant.  Counsel for the defendant is ordered to provide a

3    copy of this Order to the United States Probation Office.

4

5    DATED: 10/7/08                                    _____
                                                HONORABLE SAUNDRA BROWN ARMSTRONG
6                                               UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3